IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Anass Nazih, *et al.*, *On behalf of himself and all others similarly situated,* <br><br> Plaintiffs, <br><br> v. <br><br> Café Istanbul of Columbus, LLC, *et al.*, <br><br> Defendants. | Case No. 2:17-cv-947 <br><br> Judge Algenon L. Mabrley <br><br> Magistrate Judge Elizabeth Preston Deavers |

PROTECTIVE ORDER

Pursuant to this Court's Order granting conditional certification of an FLSA collective action, opt-in Plaintiffs are hereby permitted to file their consent to join forms in this case anonymously, in redacted form, such that their identities will not be released to the public. Plaintiffs' Counsel is directed to file two versions of each opt-in Plaintiff's consent form. The first version of the consent to join form will be filed under seal with the Court, and Plaintiffs are hereby granted leave to file such consent to join forms under seal. The second version of the consent to join form will replace each opt-in Plaintiff's name with a pseudonym (such as "Plaintiff 3, Plaintiff 4, Plaintiff 5…"), will remove any other identifying information, and will be filed with the Court. Plaintiffs' Counsel is then required to disclose the identity of each opt-in Plaintiffs to Defendants' attorney.

1

Defendants, their attorney, and his office staff are prohibited from disclosing the identities or any identifying information, including but not limited to telephone number, address, employment status, immigration status, and names of family members, of any opt-in Plaintiff to the general public or any third parties, including government agencies.

Any document or communication bearing any identifying information relating to any opt-in Plaintiff will be marked and considered "confidential," and should not be shared with anyone outside of the parties and their counsel.

Any written discovery Defendants wish to conduct with respect to an opt-in Plaintiff shall be done using the pseudonym identifiers with the opt-in form filed with the Court. Any depositions or other discovery will be confidential. No discovery or other materials bearing identifying information for any opt-in Plaintiff shall be filed with the Court except under seal.

**IT IS SO ORDERED.**

This 22 day of October, 2018

_____
MAGISTRATE JUDGE ELIZABETH PRESTON DEAVERS